IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANK S. EARLY, Inmate #06879-041,   )
           )
     Petitioner,        )
           )
vs.           )
           )   CIVIL NO. 05-868-JLF
RANDY DAVIS, RUSSELL RAU, JEFF   )
KRUEGER, DANNY SHOFF, and   )
BUDDY ADESLBERGER,   )
           )
     Respondents.     )

## MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

Petitioner, a prisoner proceeding *pro se*, has filed a habeas corpus action pursuant to 28 U.S.C. § 2241.  Despite correspondence from the Clerk, Petitioner has not yet paid the $5 filing fee for this action, nor has he filed a properly supported motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

**IT IS HEREBY ORDERED** that, within **THIRTY (30) DAYS** of the date of the entry of this order, Petitioner shall pay the $5 filing fee applicable to this action.  In the alternative, Petitioner may file a motion to proceed *in forma pauperis*, supported by a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint and an affidavit that includes a statement of his assets.  Petitioner is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Petitioner's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court.  Petitioner is **FURTHER ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed; such an obligation will exist whether or not Petitioner is granted leave to proceed *in forma pauperis.* 28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,*

133 F.3d 464, 467 (7ᵗʰ Cir. 1998).

**IT IS FURTHER ORDERED** that upon conclusion of this thirty-day period, should

Petitioner fail to comply with this order, this case will be closed for failure to comply with an order

of this Court.  FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7ᵗʰ Cir. 1997)*;*

*Johnson v. Kamminga,* 34 F.3d 466 (7ᵗʰ Cir. 1994).

       **IT IS SO ORDERED.**
       **DATED:  February 1, 2006.**

*s/ James L. Foreman*
**DISTRICT JUDGE**
