IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FRANK S. EARLY, Inmate #06879-041,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | |
| ) | CIVIL NO. 05-868-JLF |
| **RANDY DAVIS, RUSSELL RAU, JEFF** ) | |
| **KRUEGER, DANNY SHOFF, BUDDY** ) | |
| **ADELSBERGER,** ) | |
| ) | |
| **Respondents.** ) | |

### JUDGMENT

This action came before the Court for preliminary consideration of Petitioner's application for writ of habeas corpus. On February 1, 2006, the Court ordered Petitioner to pay the $5.00 filing fee required in the action or file an application to proceed *in forma pauperis* within 30 days, warning him that failure to comply with the Court's order would result in dismissal of this action (Doc. 3). FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). Following Petitioner's failure to pay the filing fee or file that document in the time allotted, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is summarily dismissed without prejudice. Judgment is entered in favor of Respondents and against Petitioner.

March 14, 2006.                                By:     *s/ James L. Foreman*
*Date*                                                           *District Judge*